# U.S. District Court
## Middle District of Florida (Tampa)
## CIVIL DOCKET FOR CASE #: 8:10-cv-01521-JDW-TGW
## Internal Use Only

Murphy et al v. BP PLC et al

Assigned to: Judge James D. Whittemore

Referred to: Magistrate Judge Thomas G. Wilson

Cause: 28:1345 Property Damage

Date Filed: 07/09/2010

Date Terminated: 07/30/2010

Jury Demand: Plaintiff

Nature of Suit: 380 Personal Property: Other

Jurisdiction: Diversity

## **Plaintiff**

**Thomas Murphy**
*individually and on behalf of all others similarly situated*

represented by **Thomas David Hoyle**
Motley Rice, LLC
28 Bridgeside Blvd
Mount Pleasant, SC 29464
843/216-9136
Fax: 843/216-9450
Email: dhoyle@motleyrice.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## **Plaintiff**

**Dolores Murphy**
*individually and on behalf of all others similarly situated*

represented by **Thomas David Hoyle**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

## **Defendant**

**BP PLC**

## **Defendant**

**BP America Inc.**                    represented by **J. Andrew Langan**
Kirkland & Ellis, LLP
300 N LaSalle St
Chicago, IL 60654
312/862-2064
Fax: 312/862-2200
Email: andrew.langan@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Riley Davis**
Akerman Senterfitt
Suite 1200
106 E College Ave
Tallahassee, FL 32301
850/224-9634
Fax: 850/222-0103
Email: riley.davis@akerman.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John T. Hickey , Jr.**
Kirkland & Ellis, LLP
300 N LaSalle St
Chicago, IL 60654
312/862-2000
Fax: 312/862-2200
Email: john.hickey@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard C. Godfrey**
Kirkland & Ellis, LLP
300 N LaSalle St
Chicago, IL 60654
312/862-2000
Fax: 312/862-2200
Email: rgodfrey@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wendy L. Bloom**
Kirkland & Ellis, LLP
300 N LaSalle St
Chicago, IL 60654
312/862-2000
Fax: 312/862-2200
Email: wendy.bloom@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Andrew Range**
Akerman Senterfitt
Suite 1200
106 E College Ave
Tallahassee, FL 32301
850/224-9634
Fax: 850/325-2585
Email: tom.range@akerman.com
*ATTORNEY TO BE NOTICED*

### Defendant

**BP Products North America, Inc.**　　represented by　**J. Andrew Langan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Riley Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John T. Hickey , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard C. Godfrey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Wendy L. Bloom**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Andrew Range**
(See above for address)
*ATTORNEY TO BE NOTICED*

## Defendant

**BP Exploration & Production, Inc.**          represented by   **J. Andrew Langan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Riley Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John T. Hickey , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard C. Godfrey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wendy L. Bloom**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Andrew Range**
(See above for address)

*ATTORNEY TO BE NOTICED*

**Defendant**

**Anadarko Petroleum Corp.**          represented by   **Gary K. Hunter**
Hopping, Green & Sams, PA
123 South Calhoun St.
P.O. Box 6526
Tallahassee, FL 32314-6526
850/222-7500
Fax: 850/224-8551
Email: garyh@hgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stephen Brightman**
Hopping, Green & Sams, PA
Suite 300
119 S Monroe St
Tallahassee, FL 32301
850/425-2341
Fax: 850/224-8551
Email: richardb@hgslaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Anadarko E&P Company, LP**          represented by   **Gary K. Hunter**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard Stephen Brightman**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

| | | |
|---|---|---|
| **Moex Offshore 2007, LLC** | represented by | **Gary K. Hunter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard Stephen Brightman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

| | | |
|---|---|---|
| **Moex USA Corporation** | represented by | **Gary K. Hunter**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Richard Stephen Brightman**<br>(See above for address)<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |

**Defendant**

**Mitsui & Co. U.S.A., Inc.**
*TERMINATED: 07/30/2010*

**Defendant**

**Transocean LTD**

**Defendant**

| | | |
|---|---|---|
| **Transocean Deepwater, Inc.** | represented by | **Arthur J. Laplante**<br>Hinshaw & Culbertson, LLP<br>Suite 1010<br>One E Broward Blvd<br>Ft Lauderdale, FL 33301<br>954/467-7900<br>Fax: 954/467-1024<br>Email: alaplante@hinshawlaw.com<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED* |
| | | **Timothy Francis Malin**<br>Hinshaw & Culbertson, LLP<br>Suite 1010 |

One E Broward Blvd
Ft Lauderdale, FL 33301
954/467-7900
Fax: 954/467-1024
Email: tmalin@hinshawlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Transocean Offshore Deepwater Drilling Inc.**    represented by    **Arthur J. Laplante**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Francis Malin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Transocean Holdings, LLC**    represented by    **Arthur J. Laplante**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Francis Malin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**Triton Asset Leasing GMBH**    represented by    **Arthur J. Laplante**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy Francis Malin**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

| | | |
|---|---|---|
| **Halliburton Energy Services, Inc.** | represented by | **Bruce W. Bowman , Jr.** |

Godwin Ronquillo PC
Suite 1700
1201 Elm St.
Dallas, TX 75270
214/939-4400
Fax: 214/760-7332
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Donald E. Godwin**
Godwin Ronquillo PC
Suite 1700
1201 Elm St.
Dallas, TX 75270
214/939-4400
Fax: 214/760-7332
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Floyd R. Hartley , Jr.**
Godwin Ronquillo PC
Suite 1700
1201 Elm St.
Dallas, TX 75270
214/939-4400
Fax: 214/760-7332
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Gavin E. Hill**
Godwin Ronquillo PC
Suite 1700
1201 Elm St.
Dallas, TX 75270
214/939-4400
Fax: 214/760-7332
Email: ghill@godwinronquillo.com
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Jenny L. Martinez**
Godwin Ronquillo PC
Suite 1700
1201 Elm St.
Dallas, TX 75270
214/939-4400
Fax: 214/760-7332
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Mark Monroe Barber**
Broad and Cassel
Suite 3500
100 N Tampa St
Tampa, FL 33602
813-225-3020 ext:3023
Fax: 813-204-2138
Email: mbarber@broadandcassel.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**R. Alan York**
Godwin Ronquillo PC
1331 Lamar, Ste. 1665
Houston, TX 77010
713/595-8300
Fax: 713/425-7594
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Defendant**

**M-I LLC**

**Defendant**

**Weatherford US LP**

**Defendant**

**Dril-Quip, Inc.**

## Defendant

**Cameron International Corporation**

*formerly known as*

Cooper Cameron Corporation

represented by **Barry Scott Richard**
Greenberg Traurig, LLP
101 E College Ave
PO Box 1838
Tallahassee, FL 32302
850/222-6891
Fax: 850/681-0207
Email: richardb@GTlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Bridget Kellogg Smitha**
Greenberg Traurig, LLP
101 E College Ave
PO Box 1838
Tallahassee, FL 32302
850/222-6891
Email: Smithab@gtlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Glenn Thomas Burhans , Jr.**
Greenberg Traurig, LLP
101 E College Ave
PO Box 1838
Tallahassee, FL 32302
850/222-6891
Fax: 850/681-0207
Email: burhansg@GTlaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

## Defendant

**John and Jane Does A-Z**

## Defendant

**Corporations A-Z**

## Defendant

**BP America Production Company**                    represented by  **J. Andrew Langan**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**James Riley Davis**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**John T. Hickey , Jr.**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Richard C. Godfrey**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Wendy L. Bloom**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Thomas Andrew Range**
(See above for address)
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| | | |

| 07/09/2010 | view1 | CLASS ACTION COMPLAINT against Anadarko E&P Company, LP, Anadarko Petroleum Corp., BP America Inc., BP American Production Company, BP Exploration & Production, Inc., BP PLC, BP Products North America, Inc., Cameron International Corporation, Corporations A-Z, Dril-Quip, Inc., Halliburton Energy Services, Inc., John and Jane Does A-Z, M-I LLC, Mitsui & Co. U.S.A., Inc., Moex Offshore 2007, LLC, Moex USA Corporation, Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean LTD, Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GMBH, Weatherford US LP with Jury Demand (Filing fee $ 350 receipt number T056171) filed by Thomas Murphy, Dolores Murphy. (Attachments: # 1 Civil Cover Sheet)(BES) (Entered: 07/09/2010) |
|---|---|---|
| 07/09/2010 | view2 | Summons issued as to Anadarko E&P Company, LP, Anadarko Petroleum Corp., BP America Inc., BP American Production Company, BP Exploration & Production, Inc., BP PLC, BP Products North America, Inc., Cameron International Corporation, Dril-Quip, Inc., Halliburton Energy Services, Inc., M-I LLC, Mitsui & Co. U.S.A., Inc., Moex Offshore 2007, LLC, Moex USA Corporation, Transocean Deepwater, Inc., Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GMBH, Weatherford US LP. (BES) (Entered: 07/09/2010) |
| 07/09/2010 | view3 | Summons issued as to Transocean Holdings, LLC, Transocean LTD. (BES) (Entered: 07/09/2010) |
| 07/20/2010 | view4 | NOTICE of designation under Local Rule 3.05 - track 2 (AO) (Entered: 07/20/2010) |
| 07/21/2010 | view5 | MOTION for extension of time to file answer or otherwise plead re 1 Complaint by Cameron International Corporation. (Burhans, Glenn) (Entered: 07/21/2010) |
| 07/21/2010 | view6 | Corporate Disclosure Statement by Cameron International Corporation. (Burhans, Glenn) (Entered: 07/21/2010) |
| 07/21/2010 | view7 | Corporate Disclosure Statement by BP America Inc., BP American Production Company, BP Exploration & Production, Inc., BP Products North America, Inc.. (Range, Thomas) (Entered: 07/21/2010) |
| 07/21/2010 | view8 | MOTION for extension of time to file answer or otherwise plead re 1 Complaint by BP America Inc., BP American Production Company, BP Exploration & Production, Inc., BP Products North America, Inc.. (Davis, James) (Entered: 07/21/2010) |

| 07/21/2010 | view9 | MOTION to stay Proceedings re 1 Complaint by BP America Inc., BP American Production Company, BP Exploration & Production, Inc., BP Products North America, Inc.. (Attachments: # 1 Exhibits A and B, # 2 Exhibits C through F)(Range, Thomas) (Entered: 07/21/2010) |
| --- | --- | --- |
| 07/22/2010 | view10 | RESPONSE in opposition re 5 MOTION for extension of time to file answer or otherwise plead re 1 Complaint filed by Dolores Murphy, Thomas Murphy. (Attachments: # 1 Exhibit 1)(Hoyle, Thomas) (Entered: 07/22/2010) |
| 07/22/2010 | view11 | RESPONSE in opposition re 8 MOTION for extension of time to file answer or otherwise plead re 1 Complaint filed by Dolores Murphy, Thomas Murphy. (Attachments: # 1 Exhibit 1)(Hoyle, Thomas) (Entered: 07/22/2010) |
| 07/22/2010 | view12 | RESPONSE in opposition re 9 MOTION to stay Proceedings re 1 Complaint filed by Dolores Murphy, Thomas Murphy. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4)(Hoyle, Thomas) (Entered: 07/22/2010) |
| 07/23/2010 | view13 | Unopposed MOTION to amend/correct *Electronic Docket* by BP America Production Company. (Range, Thomas) (Entered: 07/23/2010) |
| 07/26/2010 | view14 | NOTICE of *Special* Appearance by Richard Stephen Brightman on behalf of Anadarko E&P Company, LP, Anadarko Petroleum Corp., Moex Offshore 2007, LLC, Moex USA Corporation (Brightman, Richard) (Entered: 07/26/2010) |
| 07/26/2010 | view15 | Corporate Disclosure Statement by Anadarko E&P Company, LP, Anadarko Petroleum Corp., Moex Offshore 2007, LLC, Moex USA Corporation. (Brightman, Richard) (Entered: 07/26/2010) |
| 07/26/2010 | view16 | MOTION for extension of time to file answer or otherwise plead re 1 Complaint by Anadarko E&P Company, LP, Anadarko Petroleum Corp., Moex Offshore 2007, LLC, Moex USA Corporation. (Brightman, Richard) (Entered: 07/26/2010) |
| 07/28/2010 | view17 | RESPONSE in opposition re 16 MOTION for extension of time to file answer or otherwise plead re 1 Complaint filed by Dolores Murphy, Thomas Murphy. (Attachments: # 1 Exhibit 1)(Hoyle, Thomas) (Entered: 07/28/2010) |

| 07/28/2010 | view18 | NOTICE of Voluntary Dismissal *Mitsui & Co. (USA), Inc* by Dolores Murphy, Thomas Murphy (Hoyle, Thomas) (Entered: 07/28/2010) |
|---|---|---|
| 07/30/2010 | view19 | ORDER granting 16 Motion for extension of time to answer or respond; granting 5 Motion for extension of time to answer or respond; granting 8 Motion for extension of time to answer or respond; granting 9 Motion to stay. The clerk is directed to administratively close this case. Signed by Judge James D. Whittemore on 7/28/2010. (KE) (Entered: 07/30/2010) |
| 07/30/2010 | view20 | ENDORSED ORDER granting 13 motion to amend/correct electronic docket. Signed by Judge James D. Whittemore on 7/30/2010. (KE) (Entered: 07/30/2010) |
| 07/30/2010 | view21 | ORDER approving 18 Notice of Voluntary Dismissal filed by Thomas Murphy, Dolores Murphy. The clerk is directed to terminate Mitsui & Co. (USA), Inc. Signed by Judge James D. Whittemore on 7/29/2010. (KE) (Entered: 07/30/2010) |
| 07/30/2010 | view | (Court only) *** Party Mitsui & Co. U.S.A., Inc. terminated pursuant to 21 Order. (LYB) (Entered: 07/30/2010) |
| 07/30/2010 | view | (Court only) ***COPIES mailed to Counsel: Gary K. Hunter, Wendy L. Bloom; re 19 Order on motion for extension of time to answerOrder on motion to stay, 21 Order, 20 Order on motion to amend/correct, ***CASE ADMINISTRATIVELY CLOSED. (LYB) (Entered: 07/30/2010) |
| 07/30/2010 | view22 | NOTICE of Appearance by Arthur J. Laplante on behalf of Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GMBH (Laplante, Arthur) (Entered: 07/30/2010) |
| 07/30/2010 | view23 | NOTICE of Appearance by Timothy Francis Malin on behalf of Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GMBH (Malin, Timothy) (Entered: 07/30/2010) |
| 07/30/2010 | view24 | Corporate Disclosure Statement by Transocean Deepwater, Inc.. (Malin, Timothy) (Entered: 07/30/2010) |
| 07/30/2010 | view25 | Corporate Disclosure Statement by Transocean Offshore Deepwater Drilling Inc.. (Malin, Timothy) (Entered: 07/30/2010) |

| 07/30/2010 | view26 | Corporate Disclosure Statement by Transocean Holdings, LLC. (Malin, Timothy) (Entered: 07/30/2010) |
| --- | --- | --- |
| 07/30/2010 | view27 | Corporate Disclosure Statement by Triton Asset Leasing GMBH. (Malin, Timothy) (Entered: 07/30/2010) |
| 07/30/2010 | view28 | MOTION for extension of time to file answer or otherwise plead by Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GMBH. (Malin, Timothy) (Entered: 07/30/2010) |
| 07/30/2010 | view29 | NOTICE of pendency of related cases re per Local Rule 1.04(d) by Transocean Deepwater, Inc., Transocean Holdings, LLC, Transocean Offshore Deepwater Drilling Inc., Triton Asset Leasing GMBH. Related case(s): yes (Attachments: # 1 Exhibit, # 2 Exhibit, # 3 Exhibit, # 4 Exhibit, # 5 Exhibit, # 6 Exhibit, # 7 Exhibit)(Malin, Timothy) (Entered: 07/30/2010) |
| 08/02/2010 | view30 | ENDORSED ORDER granting 28 Motion for extension of time to answer or respond. Defendants' responses to the Complaint are due within 21 days of the Judicial Panel on Multidistrict Litigation's decision on consolidation. Signed by Judge James D. Whittemore on 8/2/2010. (KE) (Entered: 08/02/2010) |
| 08/02/2010 | view | (Court only) ***COPIES mailed to Counsel: Gary K. Hunter, Wendy L. Bloom; re 30 Order on motion for extension of time to answer (LYB) (Entered: 08/02/2010) |
| 08/11/2010 | view31 | STATUS REPORT *OF JPML PROCEEDINGS* by Cameron International Corporation. (Burhans, Glenn) (Entered: 08/11/2010) |
| 08/12/2010 | view32 | STATUS REPORT by Halliburton Energy Services, Inc.. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Barber, Mark) (Entered: 08/12/2010) |
| 08/13/2010 | view33 | STATUS REPORT by BP America Inc., BP America Production Company, BP Exploration & Production, Inc., BP Products North America, Inc.. (Attachments: # 1 Exhibit Transfer Order)(Davis, James) (Entered: 08/13/2010) |
| 08/13/2010 | view34 | STATUS REPORT by Anadarko E&P Company, LP, Anadarko Petroleum Corp., Moex Offshore 2007, LLC, Moex USA Corporation. (Attachments: # 1 Exhibit A)(Brightman, Richard) (Entered: 08/13/2010) |

| 08/20/2010 | view35 | *** INCORRECT EVENT CODE, COUNSEL NOTIFIED TO REFILE *** PROOF of service by Dolores Murphy, Thomas Murphy (Hoyle, Thomas) Modified on 8/23/2010 (LYB). (Entered: 08/20/2010) |
|---|---|---|
| 08/24/2010 | view36 | MOTION to stay Extend or Renew Stay of Proceedings by Anadarko E&P Company, LP, Anadarko Petroleum Corp.. (Attachments: # 1 Exhibit)(Brightman, Richard) (Entered: 08/24/2010) |
| 08/25/2010 | view37 | ORDER denying 36 Motion to stay as unnecessary. Signed by Judge James D. Whittemore on 8/25/2010. (KE) Modified on 8/25/2010 (LYB). (Entered: 08/25/2010) |
| 08/25/2010 | view | (Court only) ***COPIES mailed to Counsel: Donald E. Godwin, Bruce W. Bowman, Floyd R. Hartley, Jenny L. Martinez, R. Alan York; re 37 Order on motion to stay (LYB) (Entered: 08/25/2010) |
| 08/26/2010 | view38 | *** DOCUMENT TERMINATED, COUNSEL NOTIFIED TO REFILE EACH RETURN OF SERVICE SEPARATELY *** RETURN of service executed on 8/11/2010 by Thomas Murphy, Dolores Murphy as to BP America Inc., BP America Production Company, BP Exploration & Production, Inc., BP Products North America, Inc., Cameron International Corporation, Halliburton Energy Services, Inc., M-I LLC, Weatherford US LP. (Hoyle, Thomas) Modified on 8/26/2010 (LYB). (Entered: 08/26/2010) |
| 08/26/2010 | view39 | RETURN of service executed on 8/11/2010 by Thomas Murphy, Dolores Murphy as to BP America Production Company. (Hoyle, Thomas) (Entered: 08/26/2010) |
| 08/26/2010 | view40 | RETURN of service executed on 8/11/2010 by Thomas Murphy, Dolores Murphy as to BP Exploration & Production, Inc.. (Hoyle, Thomas) (Entered: 08/26/2010) |
| 08/26/2010 | view41 | RETURN of service executed on 8/11/2010 by Thomas Murphy, Dolores Murphy as to BP Products North America, Inc.. (Hoyle, Thomas) (Entered: 08/26/2010) |
| 08/26/2010 | view42 | RETURN of service executed on 8/11/2010 by Thomas Murphy, Dolores Murphy as to Cameron International Corporation. (Hoyle, Thomas) (Entered: 08/26/2010) |
| 08/26/2010 | view43 | RETURN of service executed on 8/11/2010 by Halliburton Energy Services, Inc. as to Halliburton Energy Services, Inc.. (Hoyle, Thomas) (Entered: 08/26/2010) |

| | | |
|---|---|---|
| 08/26/2010 | view44 | RETURN of service executed on 8/11/2010 by Thomas Murphy, Dolores Murphy as to M-I LLC. (Hoyle, Thomas) (Entered: 08/26/2010) |
| 08/26/2010 | view45 | RETURN of service executed on 8/11/2010 by Thomas Murphy, Dolores Murphy as to BP America Inc.. (Hoyle, Thomas) (Entered: 08/26/2010) |
| 08/26/2010 | view46 | RETURN of service executed on 8/11/2010 by Thomas Murphy, Dolores Murphy as to Weatherford US LP. (Hoyle, Thomas) (Entered: 08/26/2010) |
| 09/01/2010 | view47 | STATUS REPORT by BP America Inc., BP America Production Company, BP Exploration & Production, Inc., BP Products North America, Inc.. (Attachments: # 1 Exhibits A and B)(Range, Thomas) (Entered: 09/01/2010) |
| 09/03/2010 | view48 | COUNSEL TO REFILE DOCUMENT, MISSING ATTORNEY SIGNATURE. STATUS REPORT by Anadarko Petroleum Corp., Moex Offshore 2007, LLC. (Attachments: # 1 Exhibit One)(Brightman, Richard) Modified on 9/7/2010 (BSN). (Entered: 09/03/2010) |
| 09/07/2010 | view49 | STATUS REPORT by Anadarko Petroleum Corp.. (Attachments: # 1 Exhibit)(Brightman, Richard) (Entered: 09/07/2010) |
| 09/08/2010 | view50 | ORDER extending stay. Signed by Judge James D. Whittemore on 9/8/2010. (KE) (Entered: 09/08/2010) |
| 09/09/2010 | view | (Court only) ***COPIES mailed to Counsel: Donald E. Godwin, Bruce W. Bowman, Floyd R. Hartley, Jenny L. Martinez, R. Alan York; re 50 Order (BSN) (Entered: 09/09/2010) |
| 09/28/2010 | view51 | MULTIDISTRICT LITIGATION panel order transferring case to: Eastern District of Louisiana Transferee court case number: 10-3085 MDL case number: 2179 (JLH) (Entered: 09/28/2010) |
| 09/28/2010 | view | (Court only) ***Set/clear flags (JLH) (Entered: 09/28/2010) |
| 09/28/2010 | view | (Court only) ***COPIES mailed to Counsel: Donald E. Godwin, Bruce W. Bowman, Floyd R. Hartley, Jenny L. Martinez, R. Alan York; re 51 Multidistrict litigation out (JLH) (Entered: 09/28/2010) |